**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ALFRED CABALLERO, | ) | NO. CV 10-7008-JFW(E) |
| Petitioner, | ) | |
| v. | ) | ORDER OF DISMISSAL |
| STATE OF CALIFORNIA, G. SANDORS (C.R.C.), | ) | |
| Respondents. | ) | |

Petitioner filed a "Petition for Writ of Habeas Corpus by a Person in State Custody" on September 21, 2010. The Petition challenges the criminal judgment in Alhambra Superior Court case number GA062637-01 (Petition at 2). Petitioner previously challenged this same judgment in a prior habeas corpus petition filed in this Court. See Caballero v. Hartley, CV 08-5725-JFW(E). On July 28, 2009, this Court entered Judgment in Caballero v. Hartley, CV 08-5725-JFW(E), denying and dismissing the prior petition on the merits with prejudice.

///

1  The Court must dismiss the present Petition in accordance with
2  28 U.S.C. section 2244(b) (as amended by the "Antiterrorism and
3  Effective Death Penalty Act of 1996").  Section 2244(b) requires that
4  a petitioner seeking to file a "second or successive" habeas petition
5  first obtain authorization from the court of appeals.  See Burton v.
6  Stewart, 549 U.S. 147, 157 (2007) (where petitioner did not receive
7  authorization from Court of Appeal before filing second or successive
8  petition, "the District Court was without jurisdiction to entertain
9  [the petition]"); Barapind v. Reno, 225 F.3d 1100, 1111 (9th Cir.
10 2000) ("the prior-appellate-review mechanism set forth in § 2244(b)
11 requires the permission of the court of appeals before 'a second or
12 successive habeas application under § 2254' may be commenced").  A
13 petition need not be repetitive to be "second or successive," within
14 the meaning of 28 U.S.C. section 2244(b).  See, e.g., Calbert v.
15 Marshall, 2008 WL 649798, at *2-4 (C.D. Cal. Mar. 6, 2008); Miles v.
16 Mendoza-Powers, 2007 WL 4523987, at *2-3 (E.D. Cal. Dec. 19, 2007).
17 Petitioner evidently has not yet obtained authorization from the Ninth
18 Circuit Court of Appeals.  Consequently, this Court cannot entertain
19 the present Petition.  See Burton v. Stewart, 549 U.S. at 157.
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  For all of the foregoing reasons, the Petition is denied and
2  dismissed without prejudice.

4  LET JUDGMENT BE ENTERED ACCORDINGLY.

6  DATED: September 23, 2010.

```
                          _____
                                  JOHN F. WALTER
                          UNITED STATES DISTRICT JUDGE
```

14  PRESENTED this 22nd day of
15  September, 2010, by:

```
17  _____/S/_____
            CHARLES F. EICK
18  UNITED STATES MAGISTRATE JUDGE
```

3