JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ALFRED CABALLERO, | ) | NO. CV 10-7008-JFW(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| STATE OF CALIFORNIA, G. SANDORS (C.R.C.), | ) | |
| Respondents. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: September 23, 2010.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE